WILLY WALLACH et al., as Executors, etc., Respondents, *v.* THE COMMERCIAL FIRE INSURANCE COMPANY, Appellant.

(Argued January 23, 1885 ; decided February 10, 1885.)

*G. A. Clement* for appellant.

*Lewis Sanders* for respondents.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.

---

G. BRUCE BROWN, as Administrator, etc., Respondent, *v.* GEORGE I. LANDON, Appellant.

(Argued January 26, 1885 ; decided February 10, 1885.)

30 *Hun* 57 *affirmed*

*Samuel Hand* for appellant.

*W. W. Culver* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.

---

SOPHIE SCHMID, as Administratrix, etc., Respondent, *v.* THE NEW YORK, LAKE ERIE AND WESTERN RAILROAD COMPANY, Appellant.

(Argued January 26, 1885 ; decided February 10, 1885.)

*E. C. Sprague* for appellant.

*Hudson H. Parke* for respondent.

RUGER, Ch. J., reads mem. for affirmance.
All concur.
Judgment affirmed.